**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **MARZELL WONGUS, SR.**,<br><br>Plaintiff,<br><br>v.<br><br>**3M COMPANY and ARIZANT HEALTHCARE, INC., *et al.*,**<br><br>Defendants. | **No. 17-cv-3643**<br><br>**District Judge Joan N. Ericksen**<br><br>**Magistrate Judge David T. Schultz** |

**NOTICE OF APPEAL**

Plaintiff, Marzell Wongus, hereby gives notice of his appeal to the United States Court of Appeals for the Eighth Circuit from the Judgment (Rec. Doc. 24) entered September 2, 2026 and all opinions and orders that merge therein of the Honorable Joan N. Ericksen, District Judge for the District of Minnesota, dismissing Plaintiffs' claims in their entirety.

This final judgment dismissed Plaintiff's claims in their entirety, pursuant to the Court's Order of September 1, 2026 (MDL 2666, Rec. Doc. 3639). This Order adopted the Magistrate Judge's Order & Report and Recommendation (MDL 2666, Rec. Doc. 3449) which overruled Plaintiffs' objections, denied Plaintiffs' motions for leave to amend, and granted Defendants' Motion for Judgment on the Pleadings (MDL 2666, Rec. Doc. 2997) dismissing this matter with prejudice.

Dated: September 30, 2026

Respectfully submitted,

*/s/ Christopher L. Coffin*
Christopher L. Coffin (LA Bar 27902)
**Coffin Law, LLC**
1311 Ave. Ponce de Leon, Suite 504

San Juan, Puerto Rico 00907
Tel: (787) 961-9988
ccoffin@coffinlawllc.com

*Attorney for Plaintiff Marzell Wongus*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Christopher L. Coffin*
Christopher L. Coffin